SAMUEL ALBERT, Respondent, v. MID-ISLAND LAUNDRY CO., INC., Appellant.— Judgment and order of the County Court of Nassau county affirmed, with costs. No opinion. Young, Kapper, Hagarty and Davis, JJ., concur; Tompkins, J., dissents and votes for reversal and a new trial on the ground of error in the court's charge (folios 273–275, 281) and on the further ground that the damages were excessive.

ROBERT A. ANDERSON, Respondent, v. NATHAN LEVINE, Appellant.— Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ELIA R. CRESPI, Respondent, v. JOHN CRESPI and Others, Appellants.— Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order herein. If the business of the partners was conducted by means of a corporation the plaintiff may not have an accounting. (*Boag* v. *Thompson,* 208 App. Div. 132.) The complaint does not make it clear. A trial will be necessary. Lazansky, P. J., Carswell, Scudder and Davis, JJ., concur; Kapper, J., dissents on authority of *Boag* v. *Thompson* (*supra*); *Brock* v. *Poor* (216 N. Y. 387), and *Jackson* v. *Hooper* (76 N. J. Eq. 592, 598).

MARGARET FOX, Respondent, v. GEORGE LEONARD FOX, Appellant.— Resettled order denying defendant's motion to amend interlocutory decree by reducing alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

SAMUEL FREEMAN, Judgment Creditor, v. DOROTHY WOLFF, Judgment Debtor. BENJAMIN I. TUNICK, Receiver, Appellant; MARLENE REALTY CORPORATION, Respondent. (Appeal No. 1.) Order granting injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

SAMUEL FREEMAN, Judgment Creditor, v. DOROTHY WOLFF, Judgment Debtor. BENJAMIN I. TUNICK, Receiver, Appellant; WOLOMAR REALTY CORPORATION, Respondent. (Appeal No. 2.) — Order granting injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

WILLIAM GOLTZ and JOHN BRENGARD, Respondents, v. ART AWNING MANUFACTURING COMPANY, Appellant.*— Judgment unanimously affirmed, with costs. The alleged error with respect to the charge is not adequately presented on this record. (*Govers* v. *Hofstatter*, 41 App. Div. 384.) It does not appear that the matter complained of prejudicially affected the result. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

AGNES GRABE, Respondent, v. BRADY, CRYAN & COLLERAN, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.